JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED HULL, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GARDENA HD ASSOCIATES, LLC, *et al.*,<br><br>　　　　Defendants. | Case No.: 2:25-cv-00939-CV (SSCx)<br><br>*Hon. Cynthia Valenzuela*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

On September 3, 2025, the Parties filed a joint stipulation to dismiss, requesting that the case be dismissed with prejudice. The Court, having consider the Stipulation and good cause having been found, hereby GRANTS the Stipulation and ORDERS as follows:

1. Plaintiff Ed Hull's action is dismissed with prejudice in its entirety. Each party will be responsible for its own fees and costs.

**IT IS SO ORDERED.**

Dated:　　10/1/25　　　　　　　　　*Cynthia Valenzuela*
　　　　　　　　　　　　　　　　　HON. CYNTHIA VALENZUELA
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE